**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2887NE

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Billy J. Kielian, | * | [UNPUBLISHED] |
| | * | |
| Appellant.. | * | |

_____

Submitted: February 6, 1998
Filed: March 3, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Billy J. Kielian challenges the sentence imposed on him by the district court after he pleaded guilty to being a felon in possession of a firearm.

For reversal, Kielian contends the district court improperly applied a four-level enhancement under U.S. Sentencing Guidelines Manual § 2K2.1(b)(5) (1997). Although Kielian does not dispute that his possession of the controlled substance he was carrying at the time of his arrest was "another felony offense" under the guideline, he contends the enhancement was not warranted by mere simultaneous possession of a firearm and a small quantity of drugs for personal use. Kielian's argument is

foreclosed by this court's recent holding in <u>United States v. Regans</u>, 125 F.3d 685, 685-86 (8th Cir. 1997).  Applying our holding in <u>Regans</u> to the evidence in this case, we do not believe "it is clearly improbable that [Kielian's handgun] was connected with [his drug possession] offense," <u>see</u> <u>id.</u> at 687, and the district court's finding to this effect is not clearly erroneous.

We thus uphold the challenged enhancement and affirm Kielian's sentence.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.